UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| ROGER J. LEVINGS | ) | |
| | ) | |
| vs. | ) | Case No. 08-0553-CV-W-RED-SSA |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |

☐  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  Decision by Court.  This action came to decision before the Court.  The issues have been determined and a decision has been rendered.

For good cause appearing, the Court hereby **GRANTS** Defendant's Motion to Reverse and Remand (#23) and directs the Administrative Law Judge to consider additional vocational expert testimony, pose a proper hypothetical to the vocational expert, and consider proper medical sources.  Pursuant to sentence four of 42 U.S.C. Section 405(g), the Court orders that final judgment be entered **REVERSING** the decision of the Administrative Law Judge and **REMANDING** the case to the Commissioner for action in accordance with the Court's Order (#25).  *See Brown v. Barnhart*, 282 F. 3d 580, 581 (8th Cir. 2002) (finding that a District Court must enter a final judgment affirming, modifying, or reversing the Administrative Law Judge's decision to remand social security cases to the Commissioner).

**IT IS SO ORDERED.**

June 24, 2009                                  Ann Thompson
Date                                           Clerk


Entered on: June 29, 2009              s/ Karen. Siegert
                                         (By) Deputy Clerk